# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Demeturis Jefferies, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00176-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Soil Drilling Services, Inc. | ) | |
| Jeff White | | |
| Elizabeth A. Springston | | |
| Gary Skoglund | | |
| William J. Sullivan, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court upon Plaintiff's Notice of Acceptance of Offer of Judgment pursuant to Rule 68.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Plaintiff's Notice of Acceptance of Offer of Judgment Pursuant to Rule 68 and Defendant's Offer of Judgment filed February 22, 2017

February 27, 2017

Frank G. Johns, Clerk
United States District Court